Karen K. DANIELS, Plaintiff–
Appellant,

v.

UNITED STATES of America,
Defendant–Appellee.

No. 06–13379.

United States Court of Appeals,
Eleventh Circuit.

Oct. 15, 2007.

Karen K. Daniels, Macon, GA, pro se.

Anthony T. Sheehan, Jonathan S. Cohen, Washington, DC, for Defendant–Appellee.

Before CARNES and BARKETT, Circuit Judges, and COHN,* District Judge.

PER CURIAM:

We find no reversible error in the district court's order granting summary judgment in favor of the Government in this case.

AFFIRMED.